**Order entered August 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00762-CV

### JOSE GONZALES AND LETICIA GONZALES, Appellants

### V.

### DEUTSCHE BANK NATIONAL TRUST CO., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01272-E**

## ORDER

The reporter's record is overdue. The court reporter notified this Court that appellants had neither requested nor made arrangements to pay for the reporter's record. By letter dated July 17, 2019, the Court instructed appellants to provide, within ten days, notice that they have requested preparation of the reporter's record and written verification that they have paid or made arrangements to pay the reporter's fee or written documentation that they have been found entitled to proceed without payment of costs. We cautioned appellants that failure to comply may result in an order that the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As of today's date, appellants have not complied. Accordingly, we **ORDER** this appeal be submitted without the reporter's record. *See id*.

Appellants' brief on the merits is due **within thirty days** of the date of this order.

/s/    BILL WHITEHILL
        JUSTICE